(Reap. Dec. 8792)

A. FANTIS *v.* UNITED STATES

Entry No. 832770.

(Decided April 24, 1957)

*Siegel, Mandell & Davidson* for the plaintiff.

*George Cochran Doub,* Assistant Attorney General, for the defendant.

DONLON, Judge: This appeal to appraisement has been submitted for decision, without argument.

There is nothing in the record to overcome the presumption of correctness that attaches to the appraiser's action with respect to the value found for appraisement.

I, therefore, find and hold that the value of the merchandise herein is the value found by the appraiser.

Judgment will be entered accordingly.